UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA NICKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL CONTRA COSTA TRANSIT AUTHORITY,<br><br>　　　　　Defendant. | No. 3:07-cv-1808-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES ARE RELATED** |

　　　　Defendant Central Contra Costa Transit Authority's ("Defendant") administrative motion to determine whether cases are related came on regularly for hearing and is appropriate for resolution without oral argument. For the reasons set forth below, the Court GRANTS Defendant's Motion.

　　　　The Court finds that the actions involve the same parties and also finds that the alleged claims and events that give rise to the alleged claims are the same. In addition, the Court finds that litigating the cases before different Judges would be burdensome and would result in unnecessary duplication of effort. Further, maintaining these cases as separate creates a genuine possibility of an inconsistent ruling.

　　　　For the foregoing reasons, the Court GRANTS Defendant's Motion.

　　　　**IT IS SO ORDERED.**

DATED: October 22, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge Charles R. Breyer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -